BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| In re: Diisocyanates Antitrust Litigation | ) ) ) ) ) | MDL No. 2862 |

**NOTICE OF WITHDRAWAL AS COUNSEL FOR MCNS POLYURETHANES USA INC.**

PLEASE TAKE NOTICE that the undersigned, William S. Farmer, of Farmer Brownstein Jaeger & Goldstein LLP, seeks to update the docket in the above-referenced JPML matter by formally withdrawing as counsel for MCNS Polyurethanes USA Inc. The undersigned filed a Notice of Appearance on July 25, 2018 as Docket No. 27, wherein he entered an appearance on behalf of MCNS Polyurethanes USA Inc. and Mitsui Chemicals America, Inc. Since that time MCNS Polyurethanes USA Inc. has retained substitute counsel who does not represent Mitsui Chemicals America, Inc. Neither the undersigned nor his firm, Farmer Brownstein Jaeger & Goldstein LLP, continues to represent MCNS Polyurethanes USA Inc.

Thus, in order to correct the docket, the undersigned respectfully requests that the Court formally withdraw the undersigned as counsel for MCNS Polyurethanes USA Inc. and update the docket to reflect this correction.

It should be further noted that the previous Notice of Appearance remains valid with regard to the appearance entered for Mitsui Chemicals America, Inc. under Docket No. 27. The undersigned and Farmer Brownstein Jaeger & Goldstein LLP will continue to represent Mitsui Chemicals America, Inc.

Dated: July 30, 2018        /s/ William S. Farmer
William S. Farmer
Farmer Brownstein Jaeger & Goldstein LLP
*Counsel for Defendants Mitsui Chemicals America, Inc*

## CERTIFICATE OF SERVICE

## VIA ECF

| | |
|---|---|
| Megan E. Jones<br>Hausfeld LLP<br>600 Montgomery Street<br>Suite 3200<br>San Francisco, CA 94111<br>mjones@hausfeld.com | Counsel for Plaintiff Utah Foam Products, Inc. |
| Linda P. Nussbaum<br>Nussbaum Law Group, P.C.<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY 10036-8718<br>Nussbaum@nussbaumpc.com | Counsel for Plaintiff Emma Chemical Co., Inc. |
| Jason S. Hartley<br>Hartley LLP<br>500 West C Street, Suite 1750<br>San Diego, CA  92101<br>hartley@hartleyllp.com | Counsel for Plaintiff C.U.E., Inc. |
| Steve W. Berman<br>Hagens Berman Sobol Shapiro LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>steve@hbslaw.com | Counsel for Plaintiff Isaac Industries, Inc. |
| John Terzaken<br>Simpson Thacher & Bartlett LLP<br>900 G Street, N.W.<br>Washington, D.C. 20001<br>john.terzaken@stblaw.com | Counsel for Defendants Covestro LLC and Bayer Corporation |
| David M. Bernick<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>dbernick@paulweiss.com | Counsel for Defendant Dow Chemical Company and DowDupont, Inc. |
| John E. Schmidtlein<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>JSchmidtlein@wc.com | Counsel for Defendants Huntsman Corporation and Huntsman International LLC |

| | |
|---|---|
| Andrew S. Marovitz<br>Mayer Brown LLP<br>71 South Wacker Dr.<br>Chicago, IL 60606<br>amarovitz@mayerbrown.com | Counsel for Defendant BASF Corporation |
| Alden L. Atkins<br>Vinson & Elkins LLP<br>2200 Pennsylvania Ave., NW<br>Suite 500 – West<br>Washington, DC 20037<br>aatkins@velaw.com | Counsel for Defendant Wanhua Chemical (America) Co., Ltd. |
| Eric Mahr<br>Freshfields Bruckhaus Deringer US LLP<br>700 13th St. NW, 10th Floor<br>Washington, DC 20005<br>eric.mahr@freshfields.com | Defendant Lanxess Corp. |

## NOTICE ALSO SENT VIA U.S. MAIL TO THE FOLLOWING ADDRESSES

The following named parties in the constituent complaints are unable to be properly served via U.S. mail and have not entered appearances in these JPML proceedings. The parties were provided notice by mail of this filing.

| | |
|---|---|
| BASF AG<br>Knollstrasse 50<br>P.O. Box 21 08 05<br>Ludwigshafen am Rhein, 67061<br>Germany | BASF SE<br>Carl-Bosch-Str. 38, 67056<br>Ludwigshafen, Germany |
| Bayer AG<br>Werk Leverkusen, 51368<br>Leverkusen, Germany | Bayer MaterialScience LLC<br>c/o Covestro AG<br>Kaiser-Willhelm-Allee 60, 51373<br>Leverkusen, Germany |
| Covestro AG<br>Kaiser-Wilhelm-Allee 60<br>51373 Leverkusen, Germany | Wanhua Chemical Group Co., Ltd.<br>No. 17, Tianshan Rd, YEDA<br>Yantai, 264006, China |

| | |
|---|---|
| Mitsui Chemicals & SKC Polyurethanes, Inc.<br>17F-A, Kyobo Tower, 465, Gangnam-daero<br>Seocho-Gu, Seoul, Korea | Mitsui Chemicals, Inc.<br>Shiodome City Ctr., 1-5-2 Higashi-Shimbashi<br>Minato-ku, Tokyo, Japan |

Dated: July 30, 2018

/s/ *William S. Farmer*
William S. Farmer
FARMER BROWNSTEIN JAEGER
& GOLDSTEIN
235 Montgomery Street, Suite 835
San Francisco, CA  94104
wfarmer@fbj-law.com

*Counsel for Defendants Mitsui Chemicals America, Inc.*

4